United States District Court
Southern District of Texas
**ENTERED**
October 30, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **MARISHA PIERRE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | **Cause No.: 4:19-cv-2525** |
| v. | § | |
| | § | |
| **NOURYON FUNCTIONAL** | § | |
| **CHEMICALS, LLC, f/k/a AZKO** | § | |
| **NOBEL FUNCTIONAL** | § | |
| **CHEMICALS, LLC,** | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Parties' Joint and Agreed Motion to Dismiss with Prejudice is GRANTED. All causes of action raised or which could have been raised by Plaintiff Marisha Pierre in this case are dismissed with prejudice. All costs of court and/or attorneys' fees incurred by the parties will be paid by the parties incurring them.

Dated this 30th day of October, 2020

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE